Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Matthew P. Previn
(*pro hac vice* forthcoming)
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6049
matthewprevin@paulhastings.com

*Attorneys for Defendant*
*Hometown Equity Mortgage LLC d/b/a The Lender*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IDAN U. EDRY, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN EQUITY MORTGAGE, LLC, a Missouri limited-liability company, D/B/A THELENDER,<br><br>Defendants. | Case No: 2:22-cv-00804-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br>**(First Request)** |

Defendant Hometown Equity Mortgage LLC d/b/a theLender ("theLender" or "Defendant") and plaintiff Idan U. Edry ("Edry" or "Plaintiff"), by and through their attorneys, hereby agree, stipulate and respectfully request that the Court extend the deadline for theLender to respond to Plaintiff's Class Action Complaint ("Complaint") from July 15, 2022, up to and including August 15, 2022. Plaintiff served theLender with a copy of the Summons and Complaint on June 24, 2022; therefore theLender's answer or other response to the Complaint is currently due by July 15, 2022. Good cause exists for the extension as the parties agree to permit theLender additional time to fully investigate the allegations in the Complaint and prepare an appropriate response. This is the first request to extend the deadline.

This request is being made in good faith and is not brought to delay litigation or prejudice

1  any party. Therefore, the parties respectfully request that theLender's deadline to answer or
2  otherwise respond to the Complaint be extended from July 15, 2022 to August 15, 2022.
3  Dated: July 14, 2022.

4  McDONALD CARANO LLP                         WOLF, RIFKIN, SHAPIRO, SCHULMAN &
                                               RABKIN, LLP

6  By: */s/ Kristen T. Gallagher*               By: */s/ Daniel Bravo*
7      Kristen T. Gallagher (NSBN 9561)             Royi Moas (NSBN 10686)
       McDONALD CARANO LLP                          Daniel Bravo (NSBN 13078)
8      2300 West Sahara Avenue                      3773 Howard Hughes Parkway
       Suite 1200                                   Suite 590 South
9      Las Vegas, Nevada 89102                      Las Vegas, Nevada 89169
       Telephone: (702) 873-4100                    Telephone: (702) 341-5200
10     kgallagher@mcdonaldcarano.com                rmoas@wrslawyers.com
                                                    dbravo@wrslawyers.com
11     Matthew P. Previn
12     (*pro hac vice* forthcoming)                 Jason J. Thompson
       PAUL HASTINGS LLP                            (*pro hac vice* forthcoming)
13     200 Park Avenue                              Kevin J. Stoops
       New York, NY 10166                           (*pro hac vice* forthcoming)
14     Telephone: (212) 318-6049                    David R. Parker
15     matthewprevin@paulhastings.com               (*pro hac vice* forthcoming)
                                                    SOMMERS SCHWARTZ, P.C.
16     *Attorneys for Defendant*                    One Town Square
       *Hometown Equity Mortgage LLC d/b/a The*     Suite 1700
17     *Lender*                                     Southfield, Michigan 48076
                                                    Telephone: (248) 355-0300
18                                                  jthompson@sommerspc.com
                                                    kstopps@sommerspc.com
19                                                  dparker@sommerspc.com

21                                                  *Attorneys for Plaintiff Idan U. Edry and*
                                                    *Putative Class Members*

23                                                  IT IS SO ORDERED:

24                                                  [signature]

25                                                  UNITED STATES MAGISTRATE JUDGE

27                                                  DATED: 7-15-2022

2