**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| IDAN U. EDRY, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>HOMETOWN EQUITY MORTGAGE, LLC, a Missouri limited-liability company, d/b/a/ THELENDER,<br><br>Defendant(s). | 2:22-cv-00804-MMD-VCF<br>**<u>ORDER</u>** |

Before the Court is the discovery plan and scheduling order (ECF No. 26).

Accordingly,

IT IS HEREBY ORDERED that any motion to stay discovery must be filed on or before October 20, 2022.

DATED this 6th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1