Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Matthew P. Previn (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6049
matthewprevin@paulhastings.com

Michael Morrill (admitted *pro hac vice*)
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6064
michaelmorrill@paulhastings.com

*Attorneys for Defendant*
*Hometown Equity Mortgage LLC d/b/a theLender*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IDAN U. EDRY, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN EQUITY MORTGAGE, LLC, a Missouri limited-liability company, D/B/A THELENDER,<br><br>Defendants. | Case No: 2:22-cv-00804-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**(First Request)** |

Defendant Hometown Equity Mortgage LLC d/b/a theLender ("theLender" or "Defendant") and plaintiff Idan U. Edry ("Edry" or "Plaintiff"), by and through their attorneys, hereby agree, stipulate and respectfully request that the Court extend the deadline for theLender to answer Plaintiff's Class Action Complaint ("Complaint") from February 14, 2023, up to and including February 24, 2023. On January 31, 2023, the Court entered an Order granting in part and denying in part theLender's motion to dismiss (ECF No. 34); therefore theLender's answer or other response to the Complaint is currently due by February 14, 2023. Good cause exists for the extension as the

1  parties agree to permit theLender additional time to prepare its answer. This is the first request to
2  extend the deadline.
3      This request is being made in good faith and is not brought to delay litigation or prejudice
4  any party. Therefore, the parties respectfully request that theLender's deadline to answer or
5  otherwise respond to the Complaint be extended from February 14, 2023, up to and including
6  February 24, 2023.
7      Dated: February 10, 2023.

| McDONALD CARANO LLP | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| By: */s/ Kristen T. Gallagher*<br>Kristen T. Gallagher (NSBN 9561)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com<br><br>Matthew P. Previn (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6049<br>matthewprevin@paulhastings.com<br><br>Michael Morrill (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>71 S. Wacker Drive, 45th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6064<br>michaelmorrill@paulhastings.com<br><br>*Attorneys for Defendant Hometown Equity Mortgage LLC d/b/a theLender* | By: */s/ Royi Moas*<br>Royi Moas (NSBN 10686)<br>Daniel Bravo (NSBN 13078)<br>3773 Howard Hughes Parkway<br>Suite 590 South<br>Las Vegas, Nevada 89169<br>Telephone: (702) 341-5200<br>rmoas@wrslawyers.com<br>dbravo@wrslawyers.com<br><br>Jason J. Thompson (admitted *pro hac vice*)<br>Kevin J. Stoops (admitted *pro hac vice*)<br>David R. Parker (admitted *pro hac vice*)<br>SOMMERS SCHWARTZ, P.C.<br>One Town Square, Suite 1700<br>Southfield, Michigan 48076<br>Telephone: (248) 355-0300<br>jthompson@sommerspc.com<br>kstopps@sommerspc.com<br>dparker@sommerspc.com<br><br>*Attorneys for Plaintiff Idan U. Edry and Putative Class Members* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-14-2023 _____

2