Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Matthew P. Previn (*admitted pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6049
matthewprevin@paulhastings.com

Michael Morrill (*admitted pro hac vice*)
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, Illinois  60606
Telephone:  (312) 499-6064
michaelmorrill@paulhastings.com

*Attorneys for Defendant Hometown
Equity Mortgage LLC d/b/a theLender*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IDAN U. EDRY, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN EQUITY MORTGAGE, LLC, a Missouri limited-liability company, D/B/A THELENDER,<br><br>Defendants. | Case No:  2:22-cv-00804-MMD-MDC<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 7-2, Defendant Hometown Equity Mortgage, LLC, doing business as theLender ("Hometown Equity" or "Defendant") and Plaintiff Idan U. Edry ("Plaintiff" or "Edry"), by and through their respective undersigned counsel, respectfully request to extend the deadline for Defendant to file a response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 59) from May 31, 2024 to June 21, 2024; and Plaintiff's deadline to file a reply from June 14, 2024, to July 12, 2024. Good cause exists for the extension because counsel for Defendant is concurrently responding to Plaintiffs' motion for class certification (ECF No. 56), which is

currently due on May 29, 2024 (*see* ECF No. 53 at p. 4), and counsel for Defendants have pre-planned time out of the office at the end of May and first week of June. Additionally, Plaintiff requests additional time to reply to Defendant's response given the nature of the motion. This is the first request by the parties.

The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 16th day of May, 2024.

| McDONALD CARANO LLP | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Ave., Ste. 1200<br>Las Vegas, Nevada 89102<br>kgallagher@mcdonaldcarano.com<br><br>Matthew P. Previn (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>matthewprevin@paulhastings.com<br><br>Michael Morrill (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>71 S. Wacker Drive, 45th Floor<br>Chicago, Illinois 60606<br>michaelmorrill@paulhastings.com<br><br>*Attorneys for Defendant Hometown Equity Mortgage LLC d/b/a The Lender* | By: /s/ Royi Moas<br>Royi Moas (NSBN 10686)<br>Jordan Butler (NSBN 10531)<br>3773 Howard Hughes Parkway<br>Suite 590 South<br>Las Vegas, Nevada 89169<br>rmoas@wrslawyers.com<br>jbutler@wrslawyers.com<br><br>Jason J. Thompson<br>Kevin J. Stoops<br>David R. Parker<br>SOMMERS SCHWARTZ, P.C.<br>One Towne Square, Suite 1700<br>Southfield, Michigan 48076<br>jthompson@sommerspc.com<br>kstoops@sommerspc.com<br>dparker@sommerspc.com<br>(admitted *pro hac vice*)<br><br>Shoham Segal, Esq. (NSBN 14950)<br>LVNV LEGAL<br>1180 N. Town Center Dr., Suite 100<br>Las Vegas, Nevada 89144<br>segal@lvnvlegal.com<br><br>*Attorneys for Plaintiff Idan U. Edry and Putative Class Members* |

IT IS SO ORDERED:

_____
CHIEF U.S. DISTRICT JUDGE

DATED: May 16, 2024

2