AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

IDAN U. EDRY, an individual, on behalf of himself and others similarly situated,

            Plaintiff,

   v.

HOMETOWN EQUITY MORTGAGE, LLC, d/b/a THELENDER,

            Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00804-MMD-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT pursuant to this court's order filed January 21, 2025 (ECF No. 79) Plaintiff's motion for summary judgment (ECF No. 59) is denied.

IT IS FURTHER ORDERED THAT Defendant's countermotion for summary judgment (ECF No. 68) is granted.

IT IS FURTHER ORDERED THAT Plaintiff's motion for class certification (ECF No. 56) is denied as moot.IT IS FURTHER ORDERED THAT judgment is hereby entered accordingly, and this case is closed.

01/23/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ DRM  
Deputy Clerk