ROYI MOAS, ESQ.
Nevada State Bar No. 10686
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway
Suite 590 South
Las Vegas, Nevada 89169
Tel.: (702) 341-5200
Email: rmoas@wrslawyers.com

SHOHAM SEGAL, ESQ.
Nevada State Bar No. 14950
**LVNV LEGAL**
1180 N. Town Center Dr., Suite 100
Las Vegas, Nevada 89144
Tel: (702) 660-6700
Email: Segal@Lvnvlegal.Com

JASON J. THOMPSON, ESQ.
*Admitted pro hac vice*
KEVIN J. STOOPS, ESQ.
*Admitted pro hac vice*
DAVID R. PARKER, ESQ.
*Admitted pro hac vice*
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, Suite 1700
Southfield, Michigan 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: kstoops@sommerspc.com
Email: dparker@sommerspc.com

*Attorneys For Plaintiff Idan U. Edry And Putative Class Members*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IDAN U. EDRY, an individual, on behalf of himself and others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>HOMETOWN EQUITY MORTGAGE, LLC, a Missouri limited-liability company, d/b/a/ THELENDER,<br><br>Defendant. | Case No.: 2:22-cv-00804-MMD-MDC<br><br>**PLAINTIFF IDAN U. EDRY'S NOTICE OF APPEAL FROM AN ORDER OF A UNITED STATES DISTRICT COURT** |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

NOTICE IF HEREBY GIVEN that Plaintiff IDAN U. EDRY ("Appellant"), by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order on Defendant's Motion to Dismiss entered on January 31, 2023 (ECF No. 34), and from the Order entered on January 21, 2025 (ECF No. 79), and the subsequent Decision and Final Judgment by Court issued on January 23, 2025 (ECF No. 80), which together comprise the final judgment in this matter. Additionally, the Representation Statement is attached as Exhibit "1".

| | |
|---|---|
| U.S. District Court case number: | 2:22-cv-00804-MMD-MDC |
| Date case was first filed in U.S. District Court: | May 20, 2022 |
| Date of judgment or order you are appealing: | January 23, 2025 |
| Docket entry number of judgment or order you are appealing: | 80, 79, & 34 |
| Fee paid for appeal: | Concurrently |
| List of all Appellants: | Plaintiff Idan U. Edry |
| Cross Appeal | No |
| Prior Appeal | No |

This case was originally filed in the U.S. District Court on May 20, 2022. There have been no prior appeals. The appeal fee is concurrently paid.

DATED this 19th day of February, 2025.

By: */s/Royi Moas, Esq.*

ROYI MOAS, ESQ.
Nevada State Bar No. 10686
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Tel.: (702) 341-5200 / Fax: (702) 341-5300
Email: rmoas@wrslawyers.com

*Attorneys for Plaintiff Idan U. Edry and Putative Class Members*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2025, a true and correct copy of **PLAINTIFF IDAN U. EDRY'S NOTICE OF APPEAL FROM AN ORDER OF A UNITED STATES DISTRICT COURT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By *\/s/Melissa Shield*

Melissa Shield, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

# EXHIBIT 1

EXHIBIT 1

ROYI MOAS, ESQ.
Nevada State Bar No. 10686
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway
Suite 590 South
Las Vegas, Nevada 89169
Tel.: (702) 341-5200
Email: rmoas@wrslawyers.com

SHOHAM SEGAL, ESQ.
Nevada State Bar No. 14950
**LVNV LEGAL**
1180 N. Town Center Dr., Suite 100
Las Vegas, Nevada 89144
Tel: (702) 660-6700
Email: Segal@Lvnvlegal.com

JASON J. THOMPSON, ESQ.
*Admitted pro hac vice*
KEVIN J. STOOPS, ESQ.
*Admitted pro hac vice*
DAVID R. PARKER, ESQ.
*Admitted pro hac vice*
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, Suite 1700
Southfield, Michigan 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: kstoops@sommerspc.com
Email: dparker@sommerspc.com

*Attorneys For Plaintiff Idan U. Edry And Putative Class Members*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IDAN U. EDRY, an individual, on behalf of himself and others similarly situated;<br><br>Plaintiff,<br>vs.<br><br>HOMETOWN EQUITY MORTGAGE, LLC, a Missouri limited-liability company, d/b/a/ THELENDER,<br><br>Defendant. | Case No.: 2:22-cv-00804-MMD-MDC<br><br>**PLAINTIFF'S REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), the Plaintiffs submit this Representation Statement.

**I. THE PARTIES TO THE ABOVE-NAMED ACTION ARE:**

1. Plaintiff Idan U. Edry ("Plaintiff")

2. Defendant Hometown Equity Mortgage, LLC, a Missouri limited-liability company, d/b/a/ THELENDER,

**II. THE NAME, ADDRESS, AND TELEPHONE NUMBER OF COUNSEL FOR THE PARTIES ARE:**

Attorneys For Plaintiff Idan U. Edry, Appellant:

ROYI MOAS, ESQ.
Nevada State Bar No. 10686
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway
Suite 590 South
Las Vegas, Nevada 89169
Tel.: (702) 341-5200
Email: rmoas@wrslawyers.com

JASON J. THOMPSON, ESQ.
*Admitted pro hac vice*
KEVIN J. STOOPS, ESQ.
*Admitted pro hac vice*
DAVID R. PARKER, ESQ.
*Admitted pro hac vice*
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, Suite 1700
Southfield, Michigan 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: kstoops@sommerspc.com
Email: dparker@sommerspc.com

SHOHAM SEGAL, ESQ.
Nevada State Bar No. 14950
**LVNV LEGAL**
1180 N. Town Center Dr., Suite 100
Las Vegas, Nevada 89144
Tel: (702) 660-6700
Email: Segal@Lvnvlegal.com

Counsel is in the process of registering for Electronic Filing in the 9th Circuit.

Attorneys for Defendant Hometown Equity Mortgage LLC d/b/a The Lender, Appellees

KRISTEN T. GALLAGHER, ESQ
Nevada State Bar No. 9561
McDONALD CARANO LLP
2300 West Sahara Ave., Ste. 1200
Las Vegas, Nevada 89102
Tel: (702) 873-4100
Email: kgallagher@mcdonaldcarano.com

Matthew P. Previn (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6049
Email:matthewprevin@paulhastings.com

Michael Morrill (admitted *pro hac vice*)
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, Illinois 60606
Tel: (31) 499-6064
Email: michaelmorrill@paulhastings.com

***Signature follows on the next page***

DATED this 19th day of February, 2025.

By: */s/Royi Moas, Esq.*

ROYI MOAS, ESQ.
Nevada State Bar No. 10686
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Tel.: (702) 341-5200 / Fax: (702) 341-5300
Email: rmoas@wrslawyers.com

SHOHAM SEGAL, ESQ.
Nevada State Bar No. 14950
**LVNV LEGAL**
1180 N. Town Center Dr., Suite 100
Las Vegas, Nevada 89144
Tel: (702) 660-6700
Email: segal@lvnvlegal.com

JASON J. THOMPSON, ESQ.
*Admitted pro hac vice*
KEVIN J. STOOPS, ESQ.
*Admitted pro hac vice*
DAVID R. PARKER, ESQ.
*Admitted pro hac vice*
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, Suite 1700
Southfield, Michigan 48076
Tel: (248) 355-0300
Email: jthompson@sommerspc.com
Email: kstoops@sommerspc.com
Email: dparker@sommerspc.com
*Attorneys for Plaintiff Idan U. Edry and Putative Class Members*