UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IDAN U. EDRY, an individual, on behalf of himself and others similarly situated,

Plaintiff - Appellant,

v.

HOMETOWN EQUITY MORTGAGE, LLC, a Missouri limited-liability company, d/b/a/ THELENDER,

Defendant - Appellee.

No. 25-1074

D.C. No. 2:22-cv-00804-MMD-MDC
District of Nevada,
Las Vegas

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 14), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT